**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-22-00239-JD |
| | ) | |
| DANIEL OCHOA and | ) | |
| KEVIN EARL TOOKS, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is the Joint Motion to Reveal ("Motion") [Doc. No. 177] filed by

Defendants Daniel Ochoa and Kevin Earl Tooks. The Motion seeks discovery from the

government, citing, among other authorities, Federal Rule of Criminal Procedure 16,

*Giglio v. United States*, 405 U.S. 150 (1972), *Brady v. Maryland*, 373 U.S. 83 (1963),

and *Napue v. Illinois*, 360 U.S. 264 (1959). The Motion is **STRICKEN** for failure to

comply with LCrR16.2, which states:

> Under Rule 16 of the Federal Rules of Criminal Procedure, it is expected
> the parties will complete discovery themselves, and that the necessity of
> filing discovery motions is eliminated except when disputes arise.
> Discovery orders are hereby eliminated except when irreconcilable disputes
> arise. The court shall not hear any such motion unless counsel for the
> movant certifies in writing to the court that the opposing attorneys have
> conferred in good faith and have been unable to resolve the dispute.

This matter is much better resolved, if at all possible, by experienced counsel,

dealing with each other in good faith and with a full understanding of their respective

needs. The Court expects that counsel on both sides will promptly meet and confer in

good faith with a view to resolving the matters presented by the Motion. In the event that

these matters cannot be completely resolved, a new motion may be filed, supported by

the certification required by LCrR16.2.

IT IS SO ORDERED this 10th day of July 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE